IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:07cv100 |
| | § | |
| ALBERT LYNN BARCROFT | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER OF SEVERANCE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 23, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Barcroft's claims against Experian be severed from this matter and opened as a separate cause number with this Court.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Barcroft's claims against Experian should are hereby SEVERED from this matter. Further, the Clerk of Court is DIRECTED to open a new cause number, entering the pleadings associated with the following docket entries from this matter as part of the record therein: Dkts. 58, 60, 87, 76, 78, 79, 80, 93, 97, and 104.

**IT IS SO ORDERED.**
**SIGNED this 15th day of August, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE