# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:07cv100 |
| | § | |
| ALBERT LYNN BARCROFT | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 23, 2009, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Government's Motion for Preliminary Injunction (Dkt. 347) be GRANTED and that a preliminary injunction be entered to prevent the transfer of any property that is the subject of this action.

Having received the report of the United States Magistrate Judge, and no objections thereto having been filed or voiced at the hearing held on the motion, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, the Government's Motion for Preliminary Injunction (Dkt. 347) is GRANTED and a preliminary injunction shall be entered to prevent the transfer of any property that is the subject of this action.

**SIGNED this 3rd day of April, 2009.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE